IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No.   21-PO-01-SLC |
| | 18 U.S.C. § 13 |
| | 18 U.S.C. § 7(3) |
| MOHAMMAD HAROON IMAAD, | |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about September 7, 2021, in the Western District of Wisconsin, the defendant,

MOHAMMAD HAROON IMAAD,

at Fort McCoy, Monroe County, Wisconsin, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, engaged in violent, abusive, boisterous, and otherwise disorderly conduct, and such conduct tended to cause and provoke a disturbance in violation of Wis. Stat. § 947.01.

(All in violation of Title 18, United States Code, Sections 7(3) and 13).

_10-27-2021_
Date

TIMOTHY M. O'SHEA
Acting United States Attorney