# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(for offenses committed on or after November 1, 1987) |
| V. | **Case Number:**   0758 3:21-PO-0001-SLC-1 |
| Mohammad Haroon Imaad | **Defendant's Attorney:**   Joseph A. Bugni |

Defendant, Mohammad Haroon Imaad, pleaded guilty to Count 1 of the information.

The indictment is dismissed.

Defendant has been advised of his right to appeal.

**ACCORDINGLY**, defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7(3) & 13 and Wis. Stat. § 947.01 | Disorderly Conduct on U.S. Army Installation | September 7, 2021 | 1 |

Defendant is sentenced as provided in pages 2 through 5 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED that defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.   If ordered to pay restitution, defendant shall notify the court and United States Attorney of any material change in defendant's economic circumstances.**

| | | |
|---|---|---|
| **Defendant's Date of Birth:** | ████ 1988 | November 17, 2021 |
| **Defendant's USM No.:** | 64335-509 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | Dane County Jail<br>115 West Doty Street<br>Madison, Wisconsin 53703 | /s/ |
| **Defendant's Mailing Address:** | Same as above | Stephen L. Crocker<br>Magistrate Judge |
| | | November 17, 2021 |
| | | Date Signed |

AO 245 B (Rev. 3/01)(N.H. Rev.)                    DEFENDANT:    MOHAMMAD HAROON IMAAD
                                                CASE NUMBER:    0758 3:21-PO-0001-SLC-1                    Judgment - Page 2

# IMPRISONMENT

As to Count 1 of the information, it is adjudged that the defendant is sentenced to a term of time-served as of November 22, 2021.

The U.S. Probation Office is to notify local law enforcement agencies and the state attorney general of the defendant's release to the community.

# RETURN

**I have executed this judgment as follows:**

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

United States Marshal

By _____

Deputy Marshal

AO 245 B (Rev. 3/01)(N.H. Rev.)

DEFENDANT:    MOHAMMAD HAROON IMAAD
CASE NUMBER:    0758 3:21-PO-0001-SLC-1                    Judgment - Page  3

# SUPERVISED RELEASE/PROBATION

No term of supervised release or probation ordered.

DEFENDANT:    MOHAMMAD HAROON IMAAD
AO 245 B (Rev. 3/01)(N.H. Rev.)          CASE NUMBER:    0758 3:21-PO-0001-SLC-1                    Judgment - Page 4

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 |
| **Total** | $10.00 | $0.00 | $0.00 |

It is adjudged that the defendant is to pay a $10.00 criminal assessment penalty to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.   The defendant is encouraged to honor his agreement to pay this obligation by the day of sentencing.

Based on the defendant's history, he does not have the means to pay a fine under § 5E1.2(c) without impairing his ability to support himself and his family upon release from custody.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

> (1) assessment;
> (2) restitution;
> (3) fine principal;
> (4) cost of prosecution;
> (5) interest;
> (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.